UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA HALL

    Plaintiff,

v.                                                             Case No.

CHUBB EUROPEAN GROUP SE,

    Defendant.

_____

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, CHUBB EUROPEAN GROUP SE ("Chubb"), by and through undersigned counsel, hereby files this Notice of Removal of this action from the Circuit Court of the 12th Judicial Circuit in and for Manatee County, Florida to the United States District Court for the Middle District of Florida, Tampa Division, the district and division in which the 12th Judicial Circuit is located.  This Notice of Removal is filed pursuant to 28 U.S.C. §§1441 and 1446.  In support hereof Chubb respectfully shows this Court:

1. On March 7, 2023, VIRGINIA HALL ("Plaintiff") commenced an action against Chubb in the 12th Judicial Circuit in and for Manatee County, Florida, entitled *Virginia Hall v. Chubb European Group SE*, pending as Case No.: 2023CA000988CAAXMA (the "State Court Case").  *See* Plaintiff's Complaint attached hereto as **Exhibit B**.

2. On March 29, 2023, Chubb's registered agent was served with the Summons and Complaint in the State Court Case.  As such, removal is timely because thirty (30) days have not elapsed since Chubb first received Plaintiff's Complaint, as required by 28 U.S.C. §1446(b).

3. A copy of this Notice of Removal will be filed with the State of Florida Circuit Court in Manatee County, and a copy of this Notice of Removal will also be served on Plaintiff.

4. In accordance with Local Rule 1.06, a legible copy of each paper docketed in the state court case, a copy of the state court docket sheet, a complete list of all counsel of record, as well as an index of such documents are attached hereto as **Exhibits A – F** as follows:

| | | |
|---|---|---|
| **Exhibit A** | | An index of matters being filed; |
| **Exhibit B** | | All pleadings (the Complaint) asserting causes of action; |
| **Composite Exhibit C** | | A legible copy of each paper docketed in the state court case; |
| **Exhibit D** | | State Court Case docket sheet; |
| **Exhibit E** | | Plaintiff's Notice of Intent to Initiate Litigation; |
| **Exhibit F** | | List of all counsel of record and contact information. |

5. Plaintiff has requested a trial by jury in the State Court Case.

6. Chubb has filed contemporaneously with this Notice a civil cover sheet.

## Basis for Removal: Diversity

7. This Court has original jurisdiction over this case pursuant to 28 U.S.C. §1332, in that this is a civil action where the matter in controversy exceeds $75,000, and is between citizens of different States.

    **A.**    **The amount in controversy exceeds the federal minimum jurisdictional requirements**

8. Plaintiff's Complaint in the State Court Case contends that the subject property located at 3806 37th E, Bradenton, FL 34208 (the "Insured Property") is insured under a policy of homeowners' property insurance issued by Chubb, identified as Policy No.: CHFLHO 001119, to Plaintiff Virginia Hall. *See* **Exhibit B**, Compl. at ¶¶ 4–5. Plaintiff's Complaint contends that the Insured Property ". . . was damaged directly and/or indirectly due to Hurricane Ian." *See* **Exhibit B**, Compl. at ¶ 8. Plaintiff's Complaint further alleges that Chubb breached the Policy by *inter alia* failing to issue payment for the alleged loss. *See* **Exhibit B**, Compl. at ¶ 12. According to the

Complaint, Plaintiff seeks damages ". . . in excess of $50,000.00, exclusive of attorney fees, costs, and interest." *See* **Exhibit B**, Compl. at ¶ 1.

9. On February 10, 2023, and before suit was filed, Plaintiff's counsel filed on behalf of Plaintiff a Notice of Intent to Initiate Litigation, Notice No.: 84082, alleging $77,150.00 in damages, exclusive of attorney's fees, costs, and interest, and making a pre-suit settlement demand of $100,454.00. *See* **Exhibit E**.

10. Accordingly, while Chubb disputes that any additional monies are due and owing to Plaintiff in accordance with the terms, conditions, and exclusions of the Policy, the current amount in dispute exceeds $75,000.00, exclusive of attorney's fees, interest, and costs.

        **B.**    **There is complete diversity between Plaintiff and Chubb**

11. Under the diversity statute, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." *See* 28 U.S.C. §1332(c)(1). For purposes of federal diversity jurisdiction, a limited liability company is a citizen of any state of which a member of the company is a citizen; with respect to partnerships, courts look to the citizenship of all partners. *E.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) (per curiam) (limited liability companies); *Cherry Grp., LLC v. D.B. Zwirn Special Opportunities Fund, L.P.*, 2014 WL 2801076, *1 (M.D. Fla. June 19, 2014) (limited liability partnerships).

12. Plaintiff, at all times material hereto, resided in Manatee County, Florida. *See* **Exhibit B**, Compl. at ¶ 2. Thus, Plaintiff is a citizen of the State of Florida.

13. Chubb European Group SE for Policy No. CHFLHO001119 was and is a company incorporated in Paris, France and domiciled in Paris, France. Accordingly, Defendant is a citizen of France for purposes of determining diversity jurisdiction.

14. Complete diversity exists in this case and removal is proper because Plaintiff, VIRGINIA HALL, is a citizen of Florida and Defendant, CHUBB EUROPEAN GROUP SE, is a citizen of France.

WHEREFORE, Defendant, CHUBB EUROPEAN GROUP SE, prays that the above-described action now pending in the Circuit Court of the 12th Judicial Circuit in and for Manatee County, Florida, be removed to this Court.

Respectfully submitted,

*/s/ Christopher R. Cooper*
Christopher R. Cooper, Esq.
Florida Bar No. 111434
Yoanna Blanco, Esq.
Florida Bar No. 1025320
CHARTWELL LAW OFFICES, LLP
100 SE 2nd St., Suite 2150
Miami, FL 33131-2137
Tel: 305-372-9044
Fax: 305-372-5044
ccooper@chartwelllaw.com
yblanco@chartwelllaw.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure, on this 28 day of April 2023.

*/s/ Christopher R. Cooper*
Christopher R. Cooper, Esq.
Yoanna Blanco, Esq.