# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA HALL

      Plaintiff,

v.                                    Case No.

CHUBB EUROPEAN GROUP SE,

      Defendant.

_____

**INDEX OF MATTERS BEING FILED**

| No. | Date Filed or Entered | Document |
|---|---|---|
| A | N/A | Index of matters being filed |
| B | Various | All pleadings (the Complaint) asserting causes of action |
| C | Various | A legible copy of each paper docketed in the state court case |
| D | 04/28/2023 | State Court Case docket sheet |
| E | N/A | Plaintiff's Notice of Intent to Initiate Litigation |
| F | 04/28/2023 | List of all counsel of record and contact information |