# EXHIBIT B

IN THE CIRCUIT COURT FOR THE
TWELFTH JUDICIAL CIRCUIT IN AND
FOR MANATEE COUNTY, FLORIDA.

CASE NO.   412023CA000988CAAXMA

VIRGINIA HALL

    Plaintiff,

v.

CHUBB EUROPEAN GROUP SE,

    Defendant.

_____/

# COMPLAINT

Plaintiff, **VIRGINIA HALL**, by and through undersigned counsel, hereby sues Defendant, **Chubb European Group SE**, and in support thereof alleges as follows:

1. This is an action for an amount in excess of $50,000.00, exclusive of attorney fees, costs, and interest.

2. At all times material hereto, Plaintiff was and is a resident of Manatee County, Florida and *sui juris*.

3. At all times material hereto, Defendant was and is an insurance company authorized to and did write homeowners insurance policies within the State of Florida, and specifically within Manatee County, Florida.

4. At all times material hereto, Plaintiff was and is the owner of the property located at 3806 37th St E, Bradenton, FL 34208, Manatee County.

5. At all times material hereto, the subject property was insured under a policy of insurance issued by Defendant to Plaintiff, specifically, policy number CHFLHO 001119. Said

1

policy is incorporated herein in its entirety pursuant to Fla. R. Civ. P. 1.130; further, Defendant has a copy of said policy in its possession.

6. At all times material hereto, the policy of insurance was in full force and effect.

7. The policy of insurance provides, in pertinent part, that Defendant provides coverage for property damage, including contents, rendered to Plaintiff's property that is the result of an accident, whether natural in cause or not, and the policy is required to comply with the provisions of Florida law.

8. On or about September 28, 2022, Plaintiff's property was damaged directly and/or indirectly due to Hurricane Ian.

9. As a result thereof, Plaintiff sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures, along with additional living expenses incurred.

10. Plaintiff gave timely notice to Defendant of such loss, and did thereafter deliver to Defendant a full and particular account of Plaintiff's expenses and losses as a result of the loss.

11. Defendant assigned claim number 20.24842 to identify the loss.

12. Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiff's damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiff's contract with Defendant.

13. All conditions precedent to the filing of this action have been complied with, met, or otherwise waived.

14. Defendant's conduct has caused Plaintiff to retain the services of the undersigned counsel to prosecute this action, and Plaintiff is entitled to attorney fees and costs pursuant to

Florida law, and specifically pursuant to Section 627.428 and/or Section 626.9373, Florida Statutes.

WHEREFORE, based on the foregoing, Plaintiff, **VIRGINIA HALL**, demands judgment against Defendant, **Chubb European Group SE**, for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable as a matter of right.

**DATED** this 07 day of March 2023.

           **MORGAN LAW GROUP, P.A.**
           55 Merrick Way, Suite 404
           Coral Gables, Florida 33134
           Phone: (305) 569-9900
           Fax: (305)443-6828
           e-Service: mlg.eservice@morganlawgroup.net

           **By:   /s/Daniel Castro**
           Thomas J. Morgan, Jr., Esq.
           Florida Bar No. 127612
           <u>Daniel Castro</u>
           Daniel Castro, Esq.  Florida Bar No.: 90954
           dcastro@morganlawgroup.net