# EXHIBIT D

  

Comprehensive Case Information System

eportaluser

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 412023CA000988CAAXMA [2023CA000988AX] | 03/07/2023 | | MANATEE | CONTRACT AND INDEBTEDNESS | OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 03/07/2023 | CONTRACT AND INDEBTEDNESS | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| SNIFFEN, CHARLES P | JUDGE | | |
| HALL, VIRGINIA | PLAINTIFF | MORGAN, THOMAS JEREMIAH | 127612 |
| CHUBB EUROPEAN GROUP SE | DEFENDANT | BLANCO, YOANNA | 1025320 |

**Dockets**

Page : 1    ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 1 | 03/07/2023 | Case 412023CA000988CAAXMA Filed with Clerk on 3/7/2023 | |
| | 4 | 03/07/2023 | Assessment 1 assessed at sum $400.00 AssessmentID 12050899 | |
| | 5 | 03/07/2023 | Compliance FILING FEE ASSESSED has been created with due date of 3/8/2023 - id number 2494029 | |
| | 7 | 03/07/2023 | Compliance Type FILING FEE ASSESSED was satisfied with Compliance Action - FILING FEE PAID set on 3/7/2023 | |
| | 8 | 03/07/2023 | Payment received:Receipt Number C 1122883 | |
| 📄 | 9 | 03/07/2023 | CIVIL COVER SHEET | 3 |
| 📄 | 10 | 03/07/2023 | SUMMONS ISSUED TO CHUBB EUROPEAN GROUP SE 3/7/2023 | 2 |
| 📄 | 11 | 03/07/2023 | COMPLAINT | 3 |
| 📄 | 12 | 03/07/2023 | LETTER RE DEPOSITION | 3 |
| 📄 | 13 | 03/07/2023 | PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT | 2 |
| 📄 | 14 | 03/07/2023 | PLAINTIFF'S FIRST REQUEST TO PRODUCE TO DEFENDANT | 3 |
| 📄 | 15 | 03/07/2023 | COPY OF ADMINISTRATIVE ORDER 2021 -14.1 | 15 |
| 📄 | 16 | 03/07/2023 | PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT | 1 |
| 📄 | 17 | 03/29/2023 | DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND DISCOVERY | 3 |
| 📄 | 18 | 03/29/2023 | DEFENDANT'S NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES PURSUANT TO FLA. R. JUD. ADMIN. 2.516 | 3 |
| 📄 | 19 | 03/31/2023 | NOTICE OF SERVICE OF PROCESS CHUBB EUROPEAN GROUP SE 3/29/2023 | 1 |

**Judge Assignment History**

**Court Events**

**Financial Summary**

**Reopen History**