# EXHIBIT E

## Property Insurance Notice of Intent to Initiate Litigation

| | |
|---|---|
| Notice Number: | **84082** |
| Notice Accepted: | **2/10/2023 2:35:45 PM** |

☑ **The submitter hereby states that The Property Insurance Intent to Initiate Litigation Notice is provided pursuant to Section 627.70152, Florida Statutes.**

| Claimant (Insured filing suit under a residential or commercial insurance policy) | |
|---|---|
| Name: | **Virginia Hall** |
| Street Address: | **3806 37th St. E.** |
| City, State Zip: | **Bradenton, FL 34208** |
| Email Address: | **ngerena@morganlawgroup.net** |
| Policy Number: | **CHFLHO 001119** |
| Claim Number: | **20.24842** |

| Attorney | |
|---|---|
| Name: | **Daniel Castro** |
| Street Address: | **55 Merrick Way Suite 404** |
| City, State Zip: | **Coral Gables, FL 33134** |
| Email Address: | **itil@morganlawgroup.net** |
| Florida Bar #: | **90954** |
| Firm Name: | **The Morgan Law Group** |
| Role on Claim: | **Represent Insured** |
| **\*** Pursuant to Section 627.70152, Florida Statutes, the Attorney filing this Notice must provide a copy of this Notice to the Claimant. The Claimant's email address is a required field as this Notice will be transmitted to the Claimant upon submission. | |

| Notice Details | |
|---|---|
| Insurer Name: | |
| **UNDERWRITERS AT LLOYD'S, LONDON** | |

\* Make sure to reference the declarations page on the insurance policy to confirm the legal name of the insurance company. If you are unsure about the correct legal name of the underwriting company, please check with the Secretary of State, Division of Corporations, at www.sunbiz.org, or the Office of Insurance Regulation website at www.companysearch.myfloridacfo.gov to search for an insurer's name.

The Department of Financial Services (Department) does not review entries for accuracy, determine the validity of the allegations, nor verify that the proper insurance company has been selected on the Property Insurance Intent to Initiate Litigation Notice (Notice). This system determines whether a filing is accepted based on whether it contains a response in all required fields necessary to submit a complete Property Insurance Intent to Initiate Litigation Notice. No determination is made as to the legal sufficiency of the information provided by the consumer or their counsel in the submission.

Alleged Acts or Omissions of the Insurer:

**Below deductible.**

This Notice is being provided following alleged acts or omissions by the insurer other than the denial of coverage.

| | |
|---|---|
| Presuit Settlement Demand: | **$100,454.00** |
| Damages: | **$77,150.00** |
| Attorney Fees: | **$8,500.00** |
| Costs: | **$500.00** |
| Disputed Amount: | **UNKNOWN** |

| Attachments |
|---|
| The following documents were included as part of this Notice. Please open this Notice online to review or download these documents.<br>1. Estimate.pdf - Estimate<br>2. HALL-EMS.pdf - EMS Invoice |