# EXHIBIT F

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA HALL

    Plaintiff,

v.                                                Case No.

CHUBB EUROPEAN GROUP SE,

    Defendant.
_____

## **LIST OF COUNSEL OF RECORD**

***Counsel for Plaintiff***
Thomas J. Morgan Jr., Esq.
Florida Bar No. 127612
Daniel Castro, Esq.
Florida Bar No. 90954
The Morgan Law Group
55 Merrick Way, Suite 404
Coral Gables, FL 33134
Phone No.: 305-569-9900
Fax: 305-443-6828
tmorgan@morganlawgroup.net
dcastro@morganlawgroup.net

***Counsel for Defendant***
Christopher R. Cooper, Esq.
Florida Bar No. 111434
Yoanna Blanco, Esq.
Florida Bar No. 1025320
CHARTWELL LAW
100 SE 2nd Street, Suite 2150
(305) 372-9044 Telephone
(305) 372-5044 Facsimile
ccooper@chartwelllaw.com
yblanco@chartwelllaw.com