UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA HALL

    Plaintiff,

v.                                                  Case No. 8:23-CV-00933-WFJ-TGW

CHUBB EUROPEAN GROUP SE,

    Defendant.
_____

### **DEFENDANT'S EXPERT DISCLOSURE**

Defendant, CHUBB EUROPEAN GROUP SE ("Defendant"), by and through undersigned counsel, hereby files its Expert Disclosure in accordance with the Case Management and Scheduling Order dated June 1, 2023.

1.    Anthony Quigley, P.E.
   SEA Limited
   8517 Sunstate Street
   Tampa, FL 33634

Mr. Quigley is a licensed professional engineer and expert witness for Defendant. Mr. Quigley is expected to testify as to the cause, origin, and duration of the reported damages. Mr. Quigley may also testify as to other areas generally testified to by similar experts and provide rebuttal testimony to any experts identified by Plaintiff with respect to the aforementioned areas. Mr. Quigley will prepare an engineering report and any report prepared by Mr. Quigley containing a summary of his opinions will be provided to Plaintiff.[1]

---

[1] As Plaintiff did not make the property available for inspection, Defendant was required to file a Motion to Compel Inspection, which was recently granted by the Court.

2.     Michael Lukis
        Mortenson Roofing Company, Inc.
        9505 Corsair Rd
        Frankfort, IL 60423

Mr. Lukis is a licensed roofing contractor and expert witness for Defendant. Mr. Lukis is expected to testify as to the scope and pricing of damage to the roofing system. Mr. Lukis may also testify as to other areas generally testified to by similar experts and provide rebuttal testimony to any experts identified by Plaintiff with respect to the aforementioned areas. Mr. Lukis may prepare a report and any report prepared by Mr. Lukis containing a summary of his opinions will be provided to Plaintiff.

3.     All experts as may be necessary to respond to any designated experts of Defendant or Plaintiff.

**DEFENDANT reserves the right to amend its Expert Disclosure as discovery progresses in this matter.**

Dated: December 1, 2023          Respectfully submitted,

        */s/ Yoanna Blanco*
        Christopher R. Cooper, Esq.
        Florida Bar No. 111434
        Yoanna Blanco, Esq.
        Florida Bar No. 1025320
        CHARTWELL LAW OFFICES, LLP
        100 SE 2nd St., Suite 2150
        Miami, FL 33131-2137
        Tel: 305-372-9044
        Fax: 305-372-5044
        ccooper@chartwelllaw.com
        yblanco@chartwelllaw.com
        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure, on this 1st day of December 2023, as follows:

*<u>Counsel for Plaintiff</u>*
Thomas J. Morgan Jr., Esq.
Florida Bar No. 127612
Daniel Castro, Esq.
Florida Bar No. 90954
The Morgan Law Group
55 Merrick Way, Suite 404
Coral Gables, FL 33134
Phone No.: 305-569-9900
Fax: 305-443-6828
tmorgan@morganlawgroup.net
dcastro@morganlawgroup.net

*/s/ Yoanna Blanco*
Christopher R. Cooper, Esq.
Yoanna Blanco, Esq.