UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA HALL

     Plaintiff,

v.                                Case No. 8:23-CV-00933-WFJ-TGW

CHUBB EUROPEAN GROUP SE,

     Defendant.

_____

**<u>DEFENDANT'S MOTION FOR EXTENSION OF MEDIATION DEADLINE</u>**

Defendant, CHUBB EUROPEAN GROUP SE, by and through its undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, hereby files this Motion for Extension of the Mediation Deadline in the Court's Case Management and Scheduling Order entered June 1, 2023, and in support thereof states as follows:

1.    This case arises out of an insurance coverage dispute between Defendant, CHUBB EUROPEAN GROUP SE (hereinafter "Defendant") and Plaintiff, VIRGINIA HALL (hereinafter "Plaintiff").

2.    Plaintiff filed the instant lawsuit against Defendant in state court on March 7, 2023.

3.    Defendant timely removed the case to the instant Court on April 28, 2023.

4.      On June 1, 2023, this Court entered a Case Management and Scheduling Order setting Jury Trial during the term commencing September 2, 2024, along with pre-trial deadlines.

5.      The Case Management and Scheduling Order set a deadline of January 2, 2024, to schedule mediation, and February 1, 2024, to conduct mediation. The appointed mediator is Andrew C. Eckhoff.

6.      Prior to the deadline, Defendant made multiple attempts to coordinate mediation; however, due to limited availability and conflicts with opposing counsel's office, the Parties were unable to schedule mediation by the prescribed deadline.

7.      Mediator Andrew Eckhoff's current earliest availability is in May of 2024. Specifically, the mediator is currently available May 3, May 9, May 10, May 13, May 16, and May 20 starting at 9 a.m.

8.      Accordingly, Defendant respectfully requests that this Court extend the mediation deadline to allow the Parties an opportunity to coordinate mediation as soon as possible to occur in May of 2024.

9.      Alternatively, the Court may wish to allow the Parties to come to an agreement as to an alternative mediator and set mediation for as early as possible.

10.      Defendant attempted to confer with opposing counsel and file this Motion jointly with no response.

11.      Granting the relief sought herein will not prejudice any of the Parties to this lawsuit.

12.      The undersigned certifies that this Motion has been brought in good faith and not for the purposes of delay.

WHEREFORE Defendant, CHUBB EUROPEAN GROUP SE, respectfully requests that this Honorable Court enter an Order granting Defendant's Motion for Extension of the Mediation Deadline in the Court's Case Management and Scheduling Order entered June 1, 2023, and for any further relief this Court deems just and proper.

Dated: January 3, 2024.

> Respectfully Submitted,
>
> By:      /s/ Yoanna Blanco
>          Christopher R. Cooper, Esq.
>          Florida Bar No.: 111434
>          Yoanna Blanco, Esq.
>          Florida Bar No. 1025320
>          ccooper@chartwelllaw.com
>          yblanco@chartwelllaw.com
>          **CHARTWELL LAW**
>          100 SE 2nd St., Suite 2150
>          Miami, Florida 33131
>          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2024, I electronically served the foregoing via electronic mail to the counsel as follows:

***Counsel for Plaintiff***
Francisco Octavio Garcia, Esq.
Florida Bar No. 105149
Thomas J. Morgan Jr., Esq.
Florida Bar No. 127612
Daniel Castro, Esq.
Florida Bar No. 90954
The Morgan Law Group
55 Merrick Way, Suite 404
Coral Gables, FL 33134
Phone No.: 305-569-9900
Fax: 305-443-6828
fgarcia@morganlawgroup.net
tmorgan@morganlawgroup.net
dcastro@morganlawgroup.net

*/s/ Yoanna Blanco*
Yoanna Blanco, Esq.