UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIRGINIA HALL

    Plaintiff,

v.                                              Case No. 8:23-CV-00933-WFJ-TGW

CHUBB EUROPEAN GROUP SE,

    Defendant.
_____

### DEFENDANT'S MOTION TO ENFORCE COURT ORDER

Defendant, CHUBB EUROPEAN GROUP SE, by and through its undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, hereby files this Motion to Enforce the Court's Order dated November 8, 2023, granting Defendant's Motion to Compel Inspection, and in support thereof states as follows:

1. This case arises out of an insurance coverage dispute between Defendant, CHUBB EUROPEAN GROUP SE (hereinafter "Defendant") and Plaintiff, VIRGINIA HALL (hereinafter "Plaintiff").

2. Plaintiff filed the instant lawsuit against Defendant in state court on March 7, 2023.

3. Defendant timely removed the case to the instant Court on April 28, 2023.

4.     On June 1, 2023, this Court entered a Case Management and Scheduling Order setting this matter for jury trial during the term commencing September 2, 2024.

5.     The Case Management Order sets additional deadlines including Defendant's expert disclosure on December 1, 2023, mediation by February 1, 2024, and a discovery cut-off of March 1, 2024.

6.     In an attempt to comply with the Case Management Order and prepare its defense to this lawsuit, Defendant has requested to inspect Plaintiff's property.

7.     Specifically, the undersigned sent a request to set an inspection, along with Defendant's expert's availability, via email on September 19, 2023, and again on September 21 and October 6, with no response from Plaintiff's counsel. True and correct copies of relevant emails are attached hereto as **Exhibit A**.

8.     In light of Plaintiff's lack of response to the undersigned's requests for an inspection, Defendant was forced to file a Motion to Compel Inspection on November 1, 2023.

9.     On November 8, 2023, this Court entered an Order granting Defendant's Motion to Compel. A true and correct copy of the Order is attached hereto as **Exhibit B**.

10. Thereafter, Defendant has made multiple additional attempts to coordinate the inspection with opposing counsel but has received no response.

11. Specifically, Defendant sent follow up emails with the engineer's updated availability on December 12, 2023, December 14 , December 19, January 4, 2024, and January 8. True and correct copies of relevant emails are attached hereto as **Exhibit C**.

12. Due to Plaintiff's failure to make the subject property available Defendant has been unable to conduct an inspection with its expert as requested pursuant to the Federal Rules of Civil Procedure, Rule 34, or prepare its expert report and defense of this matter in anticipation of pertinent trial deadlines pursuant to the Court's Case Management Order.

13. The expert inspection of Plaintiff's property is essential to Defendant to fully prepare this case for trial and mediation, and to aid in potential settlement negotiations. Thus, Plaintiff's failure to respond and make the property available for inspection is prejudicing Defendant in its defense of this matter.

14. In light of the foregoing, Defendant files this Motion to Enforce the Court's Order dated November 8, 2023, along with the relief granted therein. *See* **Exhibit B**.

15. The undersigned certifies that this Motion has been brought in good faith and not for the purposes of delay.

Case No. 8:23-CV-00933-WFJ-TGW

WHEREFORE Defendant, CHUBB EUROPEAN GROUP SE, respectfully requests that this Honorable Court enforce its Order dated November 8, 2023, along with the relief granted therein, and grant any further relief this Court deems just and proper under the circumstances.

Dated: January 9, 2024.

                                                Respectfully Submitted,

                              By:    /s/ Yoanna Blanco
                                       Christopher R. Cooper, Esq.
                                       Florida Bar No.: 111434
                                       Yoanna Blanco, Esq.
                                       Florida Bar No. 1025320
                                       ccooper@chartwelllaw.com
                                       yblanco@chartwelllaw.com
                                       **CHARTWELL LAW**
                                       100 SE 2nd St., Suite 2150
                                       Miami, Florida 33131
                                       Attorneys for Defendant

Case No. 8:23-CV-00933-WFJ-TGW

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 9, 2024, I electronically served the foregoing via electronic mail to the counsel as follows:

***Counsel for Plaintiff***
Francisco Octavio Garcia, Esq.
Florida Bar No. 105149
Thomas J. Morgan Jr., Esq.
Florida Bar No. 127612
Daniel Castro, Esq.
Florida Bar No. 90954
The Morgan Law Group
55 Merrick Way, Suite 404
Coral Gables, FL 33134
Phone No.: 305-569-9900
Fax: 305-443-6828
fgarcia@morganlawgroup.net
tmorgan@morganlawgroup.net
dcastro@morganlawgroup.net

                                        */s/ Yoanna Blanco*
                                        Yoanna Blanco, Esq.

# Yoanna Blanco

| | |
|---|---|
| **From:** | Yoanna Blanco |
| **Sent:** | Friday, October 6, 2023 1:50 PM |
| **To:** | 'Daniel Castro'; 'Krista Losey'; Thomas Morgan Jr.; 'fgarcia@morganlawgroup.net' |
| **Cc:** | Mencia Marotto |
| **Subject:** | RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842   15190.0096859 |

Good afternoon,

We have not heard back from your office regarding our request for an inspection. See our expert's updated availability below and advise if any of those days works for the Insured. Happy to set up a call to discuss.

- Friday October 13th
- Monday October 16th
- Monday October 23rd
- Thursday October 26th

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street
Suite 2150
Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



[Click here](#) to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

> **From:** Yoanna Blanco
> **Sent:** Thursday, September 21, 2023 10:08 AM

1

**To:** Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Subject:** RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

Good morning,

I am following up on my prior email.

We would like to set a reinspection in this matter. Our expert's availability is below, please let me know if any date is agreeable.

- Wednesday September 27th at 10:30am
- Thursday September 28th at 10:30am
- Tuesday October 3rd at 10:30am

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street
Suite 2150
Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

> **From:** Yoanna Blanco
> **Sent:** Tuesday, September 19, 2023 10:19 AM
> **To:** 'Daniel Castro' <dcastro@morganlawgroup.net>; 'Krista Losey' <klosey@morganlawgroup.net>
> **Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>
> **Subject:** In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

Good morning,

We would like to set a reinspection in this matter. Our expert's availability is below, please let me know if any date is agreeable.

- Wednesday September 27th at 10:30am
- Thursday September 28th at 10:30am
- Tuesday October 3rd at 10:30am

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street
Suite 2150
Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

# EXHIBIT B

# Yoanna Blanco

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **Sent:** | Wednesday, November 8, 2023 5:29 PM |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842   15190.0096859: [EXTERNAL] Activity in Case 8:23-cv-00933-WFJ-TGW Hall  v. Chubb European Group SE Order on Motion to Compel |

**CAUTION**: [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe].

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 11/8/2023 at 5:28 PM EST and filed on 11/8/2023
**Case Name:**   Hall v. Chubb European Group SE
**Case Number:**   8:23-cv-00933-WFJ-TGW
**Filer:**
**Document Number:** 24(No document attached)

**Docket Text:**
**ENDORSED ORDER granting [23] Motion to Compel inspection. Under the Local Rules, motions for which no response is filed are deemed unopposed. Plaintiff will accommodate this inspection at a time reasonbly convenient for Defendant. If Plaintiff fails to permit same, the matter will be dismissed without further notice. Signed by Judge William F. Jung on 11/8/2023. (Jung, William)**


**8:23-cv-00933-WFJ-TGW Notice has been electronically mailed to:**

Andrew C. Eckhoff     drew@eckhofflaw.com

Thomas J. Morgan, Jr    Tmorgan@morganlawgroup.net, tmorgan@morganlawgroup.net

Christopher R. Cooper    ccooper@chartwelllaw.com, parboleda@chartwelllaw.com

Daniel Castro     dcastro@morganlawgroup.net

Yoanna Blanco     yblanco@chartwelllaw.com, mmarotto@chartwelllaw.com

**8:23-cv-00933-WFJ-TGW Notice has been delivered by other means to:**

**EXHIBIT C**

---

# Yoanna Blanco

| | |
|---|---|
| **From:** | Mencia Marotto |
| **Sent:** | Monday, January 8, 2024 2:48 PM |
| **To:** | Carolina Torres; Daniel Castro; Krista Losey; Anna Coward; mlg.eservice@morganlawgroup.net |
| **Cc:** | Yoanna Blanco |
| **Subject:** | FW: Request to set engineers inspection per Court Order Granting Def Motion to Compel Inspection-FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842   15190.0096859 |
| **Attachments:** | Electronic Case Filing _ U.S. District Court - Middle District of Florida.pdf |
| **Importance:** | High |

Good afternoon,

I am following up on my previous email regarding the scheduling of the engineer's inspection per court order. Please advise if your office and Client are available on 01.22.24 or in February so that we can coordinate with our expert. Please advise as soon as possible to avoid Court Intervention.

Regards,



**Mencia Marotto**
Legal Assistant

mmarotto@chartwelllaw.com

D: (786) 377-4617  •  F: (754) 212-4170

📍 1191 East Newport Center Drive, Suite H, Deerfield Beach, FL 33442

   

This email and any files transmitted with it are personal and confidential, and intended solely for the use of the individual or entity to whom it is addressed. They are also subject to the attorney work product and attorney-client privileges. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

---

**From:** Mencia Marotto
**Sent:** Thursday, January 4, 2024 2:04 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>; Anna Coward <ACoward@morganlawgroup.net>; mlg.eservice@morganlawgroup.net
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Subject:** FW: Request to set engineers inspection per Court Order Granting Def Motion to Compel Inspection-FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842   15190.0096859
**Importance:** High

Good afternoon,

I am following up on my previous email regarding the scheduling of the engineer's inspection per court order. Please advise if your office and Client are available on 01.22.24 or in February so that we can coordinate with our expert.

Regards,



   

**Mencia Marotto**
Legal Assistant

mmarotto@chartwelllaw.com

D: (786) 377-4617  •  F: (754) 212-4170

1191 East Newport Center Drive, Suite H, Deerfield Beach, FL 33442

This email and any files transmitted with it are personal and confidential, and intended solely for the use of the individual or entity to whom it is addressed. They are also subject to the attorney work product and attorney-client privileges. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

---

**From:** Mencia Marotto
**Sent:** Tuesday, December 19, 2023 2:42 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: Request to set engineers inspection per Court Order Granting Def Motion to Compel Inspection-FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good afternoon, Carolina

Hope this email finds you well I am following up regarding scheduling the engineers inspection. Please advise.

Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



Click here to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting

2

to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Mencia Marotto
**Sent:** Thursday, December 14, 2023 10:18 AM
**To:** Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>; Thomas Morgan Jr. <tmorgan@morganlawgroup.net>; Carolina Torres <ctorres@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: Request to set engineers inspection per Court Order Granting Def Motion to Compel Inspection-FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good morning,

We are following up on our previous email to set the engineers inspection, attached please see the Courts message granting Defendant's Motion To Compel inspection. Pursuant to the Order we need to set this as soon as possible, Please see proposed dates below and advise which of these dates work for the Insured.

December 20
December 21
January 4
January 22

Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



[Click here](#) to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Mencia Marotto
**Sent:** Tuesday, December 12, 2023 1:52 PM
**To:** Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>; tmorgan@morganlawgroup.net; fgarcia@morganlawgroup.net
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Subject:** Request to set engineers inspection per Court Order Granting Def Motion to Compel Inspection-FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good afternoon,

We are following up on our previous email to set the engineers inspection, attached please see the Courts message granting Defendant's Motion To Compel inspection. Pursuant to the Order we need to set this as soon as possible, Please see proposed dates below and advise which of the se dates work for the Insured.

December 20
December 21
January 4
January 22

Regards,

**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



Click here to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.