**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO.:  8:23-cv-00933-WFJ-TGW**

**VIRGINIA HALL,**

      Plaintiff,

v.

**CHUBB EUROPEAN GROUP SE,**

      Defendant.

_____/

## PLAINTIFF, VIRGINIA HALL's MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF DISMISSAL

COMES NOW Plaintiff, VIRGINIA HALL, (hereinafter "Plaintiff"), by and through her undersigned counsel, pursuant to Federal Rules of Civil Procedure Rules 59(e) and Rule 60(b), moves this Court to reconsider and set aside the Order of Dismissal (D.E. 35) against Plaintiff in this case. In support of this motion, Plaintiff states the following:

### Background State Court Proceedings

1.      On March 7, 2023, Plaintiff filed a lawsuit against Chubb European Group SE (hereinafter, "Chubb") in State Court (Manatee County; Circuit Case No.: 412023CA000988CAAXMA).

2.      On or about April 28, 2023 Defendant filed a Notice of Removal to Federal Court DE 1.

### Relevant Federal Court Proceedings

3.      On November 8, 2023, this Court entered an Endorsed Order (D.E. 24) granting Defendant's Motion to Compel inspection of the subject property.

4.      Undersigned did not receive service of that Order.

5.      Throughout the month of December of 2023, Plaintiff's counsel corresponded with Defense counsel via email regarding the coordination of depositions and mediation of this case.  A copy of that correspondence is attached hereto as **Composite Exhibit "A."**

6.      On December 14, 2023, Plaintiff's counsel provided Defendant with a date for Mediation, setting same for January 22, 2024.  See **Exhibit "A."**

7.      On January 5, 2024, Plaintiff's counsel provided Defendant with a date for the deposition of the Plaintiff.  A copy of that email is attached hereto as **Exhibit "B."**

8.      Because undersigned saw the exchange of electronic correspondence between his scheduling coordinator and Defense counsel's assistant, undersigned was under the mistaken impression that all scheduling issues, including the inspection of Plaintiff's property, was being dutifully coordinated.

9.      On January 9, 2024, despite Plaintiff's cooperation in setting dates for deposition and mediation, Defendant filed its Motion to Enforce Court Order relating to the Defendant's Motion to Compel Inspection of the property.

10.      On that same day, undersigned counsel was in trial before the Honorable

2

Judge Martin Bidwill in Broward County Case Number CACE-21-010405.  It was a four-day trial from January 8, 2024 through January 11, 2024.  During this time, undersigned counsel was not monitoring his emails.

11.   Nevertheless, undersigned counsel would contact his staff every morning before trial to discuss approaching deadlines.

12.   On the morning of January 9, 2024, undersigned spoke with his office and was advised that Defendant was seeking to extend the Mediation deadline.  Therefore, on that day, Plaintiff filed a response to Defendant's Motion to Extend the Mediation Deadline.  During undersigned's communication with staff on January 9, 2024, undersigned was not made aware of Defendant's Motion to Enforce inspection.

13.   On January 12, 2024, undersigned took a personal day off from the office.

14.   On January 24, 2024, the Court entered its order dismissing this case for being unresponsive to the Defendant and the Court.

15.   Just the day before, on January 23, 2024, Plaintiff's counsel was in communication with Defendant regarding mediation.   See email setting mediation for March 21, 2024 attached hereto as **Exhibit "C."**

16.   The Court's order makes the specific finding that Plaintiff has been "wholly unresponsive" to the Defendant and the Court.  Plaintiff moves this Court for reconsideration of that finding and the resulting Order dismissing this action, and states the following grounds in support thereof.

17.   A motion for reconsideration may be brought pursuant to Rule 59(e) or Rule 60(b), Fed.R.Civ.P. *Lewis v. United States Postal Service*, 840 F.2d 712, 713 n. 1 (9th

Cir.1988). Under which Rule the motion falls turns on the time at which the motion is served. If the motion is served within ten days of the rendition of judgment, the motion falls under Rule 59(e); if it is served after that time, it falls under Rule 60(b). *Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla. 1994).

18.     In this case, the Order dismissing the case was entered on January 24, 2024. Therefore, Rule 59(e) applies.

19.     Rule 59(e) does not set forth any grounds for relief and the district court has considerable discretion in reconsidering an issue. *American Homes Assur. Co. v. Glenn Estess & Associates*, Inc., 763 F.2d 1237, 1238–39 (11th Cir.1985).

20.     The courts have delineated three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; (3) the need to correct clear error or prevent manifest injustice. *Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla. 1994) (internal citations omitted).

21.     The purpose of this Motion is to present the Court with facts not previously brought to the Courts attention by Defendant. Namely, that while Plaintiff's counsel through mistake, inadvertence and excusable neglect failed to respond to Defendant's request for inspection of the property, Plaintiff's counsel:

   a. Was unaware that the inspection was not being coordinated,

   b. Was in trial in another matter when, on January 9, 2024, Defendant filed its Motion to Enforce this Court's November 8, 2023 order, and

   c. Has, at all times, been responsive to Defendant's requests to

coordinate both depositions and mediation.

22.     The emails attached as exhibits to the present Motion clearly demonstrate Plaintiff's counsel's coordination and participation in the prosecution of this action.

23.     Additionally, Ms. Hall has a meritorious claim and should not have such a severe sanction entered against her for the inaction of her counsel.  Indeed, Plaintiff's counsel and Defendant's counsel had discussed settlement via telephone and had exchanged settlement correspondence in December of 2023.

24.     Ms. Hall has is inexperienced with litigation and relies on her counsel to inform her of court orders.  She never deliberately decided to delay the litigation.  On the contrary, she had already provided Defendant a date for her deposition.  See *Exhibit B.*

25.     Under similar circumstances, this Court has previously found justification for granting relief from judgment.  See *Lender v. Unum Life Ins. Co. of Am.*, 519 F. Supp. 2d 1217, 1232 (M.D. Fla. 2007) (citing *Nisson v. Lundy,* 975 F.2d 802, 806 (11th Cir. 1992) and noting that the catch-all provision in Rule 60(b)(6) is grand reservoir of equitable power to do justice in a particular case).

26.     Undersigned believes that his reliance on his staff during the time he was in trial is excusable under the circumstances.

27.     Furthermore, the Defendant would not be prejudiced if the Default was vacated and set aside as the case has not been tried on the merits.  Additionally, should the Court reconsider its Order dismissing the action, Plaintiff can still make the

property available for inspection before the date previously set as the discovery deadline, March 1, 2024.

28.    For the reason set forth above, the Court should grant this Motion for Reconsideration, vacate and set aside the Court's Order of Dismissal (D.E. 35) against Plaintiff, and allow this case to proceed on the merits.

**WHEREFORE**, VIRGINIA HALL, respectfully requests this Court grant this Motion for Reconsideration, vacate and set aside the Court's Court of Dismissal (D.E. 35) against Plaintiff, and permit this action to be determined on its merits, and for such further relief as this Court deems just, appropriate and equitable under the circumstances.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 31st day of January, 2024, we electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

**MORGAN LAW GROUP, P.A.**
By: */s/ Daniel Castro*
Daniel Castro, Esq.
Florida Bar No.: 90954
Thomas J. Morgan, Jr., Esq.
Florida Bar No.: 127612
55 Merrick Way, Suite 404
Coral Gables, FL 33134
dcastro@morganlawgroup.net

tmorgan@morganlawgroup.net
Pleadings Only:
Mlg.eservice@morganlawgroup.net
*Counsel for Plaintiff*

### SERVICE LIST

CHARTWELL LAW OFFICES, LLP
Christopher R. Cooper, Esq.
Yoanna Blanco, Esq.
100 SE 2nd St., Suite 2150
Miami, FL 33131-2137
ccooper@chartwelllaw.com
yblanco@chartwelllaw.com
*Attorneys for Defendant*

| From: | Carolina Torres |
|---|---|
| To: | Mencia Marotto; Daniel Castro; Krista Losey; Thomas Morgan Jr. |
| Cc: | Yoanna Blanco; Allison C. Drompp |
| Subject: | RE: Request for Depositions of Plaintiff, PWMK from Link Public Adjusting, & PWMK from Azure Restoration-In Re: Virginia Hall - Policy No.: CHFL0001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859 |
| Date: | Thursday, December 14, 2023 11:59:09 AM |
| Attachments: | image012.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Good morning Mencia,

I will check with Plaintiff and get back to you and those dates.   As for PA you will need to subpoena.

We will also need dates for the CR and FA depositions.  Are the dates below your availability can we coordinate all depositions with those dates?

Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com



CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited.  If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**Note:**  We will not hold dates without a notice.  If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.

**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Thursday, December 14, 2023 10:22 AM
**To:** Daniel Castro <dcastro@morganlawgroup.net>; Carolina Torres <ctorres@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>; Thomas Morgan Jr. <tmorgan@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: Request for Depositions of Plaintiff, PWMK from Link Public Adjusting, & PWMK from Azure Restoration-In Re: Virginia Hall - Policy No.: CHFL0001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good morning,

Following up on our previous email to set the deposition of the Plaintiff, please see proposed dates below. We would also like to set the depositions of the PWMK of Link Public Adjusting Group and the PWMK from Azure Restoration, let me know if your office will be producing. Please give us your earliest availability for these depositions to be set and so we can subpoena he/she, if needed, as well as their last known address.

Feb 6
Feb 8
Feb 13
Feb 15
Feb 20
Feb 27
Feb 29

March 5
March 12
March 13
March 14
March 19
March 20
March 21
March 26

Regards,

**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Mencia Marotto
**Sent:** Tuesday, December 12, 2023 2:24 PM
**To:** Daniel Castro <dcastro@morganlawgroup.net>; Carolina Torres <ctorres@morganlawgroup.net>; Krista Losey

<klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Subject:** Request for Depositions of Plaintiff, PWMK from Link Public Adjusting, & PWMK from Azure Restoration-
In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22
20.24842 15190.0096859
**Importance:** High

Good afternoon,

We would like to set the deposition of the Plaintiff, please see proposed dates below. We would also like to set
the depositions of the PWMK of Link Public Adjusting Group and the PWMK from Azure Restoration, let me know
if your office will be producing. Please give us your earliest availability for these depositions to be set and so we
can subpoena he/she, if needed, as well as their last known address.

Feb 6
Feb 8
Feb 13
Feb 15
Feb 20
Feb 27
Feb 29

March 5
March 12
March 13
March 14
March 19
March 20
March 21
March 26

Regards,

**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic

courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

| From: | Carolina Torres |
|---|---|
| To: | Mencia Marotto; Daniel Castro; Krista Losey |
| Cc: | Yoanna Blanco; Allison C. Drompp |
| Subject: | RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859 |
| Date: | Thursday, December 14, 2023 11:50:48 AM |
| Attachments: | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Good morning,

We can do January 22.

Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com

  

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited. If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**Note:**  **We will not hold dates without a notice.  If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.**

**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Thursday, December 14, 2023 10:15 AM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good morning,

I am following up on our previous email to set mediation per the CMO. Please see proposed dates below and

respond to this email to avoid court intervention.

Dec 28 ,2023-9am-12pm or 1pm – 8pm
Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm


Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Mencia Marotto
**Sent:** Tuesday, December 12, 2023 12:35 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High


Good afternoon, Ms. Torres

I am following up on Ms. Blanco's previous email to set mediation. Please be advised that per the CMO mediation must be set by January 2, 2024  and to occur by February 1, 2024. We have yet to receive a response from your office, please responds to this email to avoid court intervention.

Your prompt attention to this matte is greatly appreciated.

Dec 28 ,2023-9am-12pm or 1pm – 8pm

Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm


Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Sent:** Wednesday, December 6, 2023 7:49 AM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Subject:** RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859

Good morning,

Thank you, **Daniel**, are you free sometime this week for a call?

**Mrs. Torres**, please let us know what date and time below works best for your office for mediation in this matter.

Dec 28 ,2023-9am-12pm or 1pm – 8pm
Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street
Suite 2150
Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com
Download **vCard**



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Daniel Castro <dcastro@morganlawgroup.net>
**Sent:** Tuesday, December 5, 2023 11:00 AM
**To:** Yoanna Blanco <yblanco@chartwelllaw.com>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>; Carolina Torres <ctorres@morganlawgroup.net>
**Subject:** [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

> **CAUTION:** [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe].

Yoanna,

Please coordinate with Mrs. Torres whom is copied above.  Thank you,



**Daniel Castro, Esq.**
**Attorney**
**Admitted to practice in Florida and Texas**
Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email dcastro@morganlawgroup.net
 55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com

 

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from the law firm of The Morgan Law Group, P.A., and are intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited.  If you are not the named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you

have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**From:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Sent:** Tuesday, December 5, 2023 8:43 AM
**To:** Daniel Castro <dcastro@morganlawgroup.net>; Thomas Morgan Jr.
<tmorgan@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Subject:** In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM;
DOL: 09/28/22 20.24842 15190.0096859

Good morning,

Per the CMO in this federal case we need to set mediation before January 2 to occur before February 1 with mediator Andrew Eckhoff. Please see availability below and let us know your preferred date as soon as possible so we can secure it.

Dec 21, 2023-1pm-5pm
Dec 26, 2023-9am-12pm
Dec 28 ,2023-9am-12pm or 1pm – 8pm

Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm

I'm relatively open this week to discuss the case and potential settlement prior to mediation, please send availability so we can set a call.

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street
Suite 2150
Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that

you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

| From: | Carolina Torres |
|---|---|
| To: | Mencia Marotto; Daniel Castro; Krista Losey |
| Cc: | Yoanna Blanco; Allison C. Drompp |
| Subject: | RE: [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859 |
| Date: | Wednesday, December 20, 2023 1:39:51 PM |
| Attachments: | image017.png |
| | image018.png |
| | image019.png |
| | image020.png |
| | image021.png |
| | image022.png |
| | image023.png |
| | image024.png |
| | image025.png |
| | image026.png |
| | image027.png |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Hi Mencia,

I just looked on online and it's seems the 22nd in the am is available which was the initial date we agreed on. Do you have conflict on that day?

Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com

 

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney-client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited. If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**Note:** We will not hold dates without a notice. If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.

---

**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Wednesday, December 20, 2023 12:14 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** RE: [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Hi Carolina,

Please keep in mind this is a court order mediation that must take place by February 2, 2024. Can you provide me with Mr. Castro's availability, in the event the mediator's office has another cancellation I can ask them to hold the date while I confirm the date with your office.

Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



[Click here](#) to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Carolina Torres <ctorres@morganlawgroup.net>
**Sent:** Wednesday, December 20, 2023 11:39 AM
**To:** Mencia Marotto <mmarotto@chartwelllaw.com>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

---

**CAUTION:** [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Good morning,

Unfortunately, Mr. Castro is not available on January 24.   Please provided additional date maybe they might have another cancellation.

Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com



CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited.  If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**Note:**  We will not hold dates without a notice.  If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.

**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Wednesday, December 20, 2023 10:59 AM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good morning,

Andrew Eckhoff's office just informed us that they have a cancellation on 01.24.24 for mediation, they can only hold the date until the EOB day today. Please advise of your availability for 01.24.24.

Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Sent:** Tuesday, December 19, 2023 2:17 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Allison C. Drompp <adrompp@chartwelllaw.com>; Mencia Marotto <mmarotto@chartwelllaw.com>
**Subject:** RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

Good afternoon,

Unfortunately the court assigned mediator is no longer available before February 2nd. Please advise if your office is agreeable to filing a joint motion to extend the mediation deadline.

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street
Suite 2150

Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Carolina Torres <ctorres@morganlawgroup.net>
**Sent:** Thursday, December 14, 2023 11:51 AM
**To:** Mencia Marotto <mmarotto@chartwelllaw.com>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

| |
|---|
| **CAUTION:** [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe]. |

Good morning,

We can do January 22.

Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com



CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited. If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**Note:**  We will not hold dates without a notice.  If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.

**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Thursday, December 14, 2023 10:15 AM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey

<klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859
**Importance:** High

Good morning,

I am following up on our previous email to set mediation per the CMO. Please see proposed dates below and respond to this email to avoid court intervention.

Dec 28 ,2023-9am-12pm or 1pm – 8pm
Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm


Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Mencia Marotto
**Sent:** Tuesday, December 12, 2023 12:35 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859
**Importance:** High

Good afternoon, Ms. Torres

I am following up on Ms. Blanco's previous email to set mediation. Please be advised that per the CMO mediation must be set by January 2, 2024  and to occur by February 1, 2024. We have yet to receive a response from your office, please responds to this email to avoid court intervention.

Your prompt attention to this matte is greatly appreciated.

Dec 28 ,2023-9am-12pm or 1pm – 8pm
Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm


Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Sent:** Wednesday, December 6, 2023 7:49 AM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Subject:** RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859


Good morning,

Thank you, **Daniel**, are you free sometime this week for a call?

**Mrs. Torres**, please let us know what date and time below works best for your office for mediation in this matter.

Dec 28 ,2023-9am-12pm or 1pm – 8pm
Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street

Suite 2150
Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****

To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Daniel Castro <dcastro@morganlawgroup.net>
**Sent:** Tuesday, December 5, 2023 11:00 AM
**To:** Yoanna Blanco <yblanco@chartwelllaw.com>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>; Carolina Torres <ctorres@morganlawgroup.net>
**Subject:** [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

> **CAUTION:** [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Yoanna,

Please coordinate with Mrs. Torres whom is copied above.  Thank you,



**Daniel Castro, Esq.**
**Attorney**
**Admitted to practice in Florida and Texas**
Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email dcastro@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com



**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from the law firm of The Morgan Law Group, P.A., and are intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited.  If you are not the named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**From:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Sent:** Tuesday, December 5, 2023 8:43 AM
**To:** Daniel Castro <dcastro@morganlawgroup.net>; Thomas Morgan Jr. <tmorgan@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Subject:** In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

Good morning,

Per the CMO in this federal case we need to set mediation before January 2 to occur before February 1 with mediator Andrew Eckhoff. Please see availability below and let us know your preferred date as soon as possible so we can secure it.

Dec 21, 2023-1pm-5pm
Dec 26, 2023-9am-12pm
Dec 28 ,2023-9am-12pm or 1pm – 8pm

Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm

I'm relatively open this week to discuss the case and potential settlement prior to mediation, please send availability so we can set a call.

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street
Suite 2150
Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com
Download **vCard**



**Click here to see the complete list of states in which Chartwell Law is admitted to practice.**
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

EXHIBIT "B"

| | |
|---|---|
| **From:** | Carolina Torres |
| **To:** | Mencia Marotto; Daniel Castro; Anna Coward |
| **Cc:** | Yoanna Blanco; a059eb770+matter1446235981@maildrop.clio.com |
| **Subject:** | RE: Request for Depositions : Case 8:23-cv-00933-WFJ-TGW Virginia Hall v. Chubb European Group SE |
| **Date:** | Friday, January 5, 2024 6:51:52 PM |
| **Attachments:** | image025.png |
| | image026.png |
| | image027.png |
| | image028.png |
| | image029.png |
| | image030.png |
| | image031.png |
| | image032.png |
| | image033.png |
| | image034.png |
| | image035.png |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Hi Ms. Marotto,

From dates below we can schedule Plaintiff depo for February 27 at 10:00 am.

Please provide the CR and FA depo dates that were requested on 12/14/2023.

Thank you have a good weekend!


Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com



CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited. If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**Note:**  We will not hold dates without a notice.  If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.


**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Thursday, January 4, 2024 2:19 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Anna Coward <ACoward@morganlawgroup.net>; MLG Eservice <mlg.eservice@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Subject:** FW: [EXTERNAL] RE: Request for Depositions of Plaintiff, PWMK from Link Public Adjusting, & PWMK from Azure Restoration-In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

**Importance:** High

Good afternoon,

I am following up on scheduling the Plaintiff's deposition. Please see proposed dates below.

Feb 6
Feb 8
Feb 13
Feb 15
Feb 20
Feb 27
Feb 29

March 5
March 12
March 13
March 14
March 19
March 20
March 21
March 26

Regards,



**Mencia Marotto**
Legal Assistant
mmarotto@chartwelllaw.com
D: (786) 377-4617   ●   F: (754) 212-4170
📍 1191 East Newport Center Drive, Suite H, Deerfield Beach, FL 33442

   

This email and any files transmitted with it are personal and confidential, and intended solely for the use of the individual or entity to whom it is addressed. They are also subject to the attorney work product and attorney-client privileges. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

**From:** Mencia Marotto
**Sent:** Tuesday, December 19, 2023 2:42 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: [EXTERNAL] RE: Request for Depositions of Plaintiff, PWMK from Link Public Adjusting, & PWMK from Azure Restoration-In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859

Good afternoon, Carolina

Hope this email finds you well I am following up have you been able to get your Client's availability for her deposition. Please advise.

Regards,
*Mencia Marotto*
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



Click here to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Mencia Marotto
**Sent:** Thursday, December 14, 2023 12:10 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>; Thomas Morgan Jr. <tmorgan@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** RE: [EXTERNAL] RE: Request for Depositions of Plaintiff, PWMK from Link Public Adjusting, & PWMK from Azure Restoration-In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

Good afternoon, Carolina

Thank you for your response. I will follow up with you regarding the Plaintiff's availability, as for the P.A. we will subpoena him/her please advise which of the dates provided below is your office available. For the CR & FA Depositions we will need to confirm availability and get back to you.

Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



Click here to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules

of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Carolina Torres <ctorres@morganlawgroup.net>
**Sent:** Thursday, December 14, 2023 11:59 AM
**To:** Mencia Marotto <mmarotto@chartwelllaw.com>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>; Thomas Morgan Jr. <tmorgan@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** [EXTERNAL] RE: Request for Depositions of Plaintiff, PWMK from Link Public Adjusting, & PWMK from Azure Restoration-In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859

> **CAUTION**: [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe].

Good morning Mencia,

I will check with Plaintiff and get back to you and those dates.   As for PA you will need to subpoena.

We will also need dates for the CR and FA depositions.  Are the dates below your availability can we coordinate all depositions with those dates?

Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com



CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited.  If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

<u>**Note:**</u>  **We will not hold dates without a notice.  If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.**

**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Thursday, December 14, 2023 10:22 AM
**To:** Daniel Castro <dcastro@morganlawgroup.net>; Carolina Torres <ctorres@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>; Thomas Morgan Jr. <tmorgan@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: Request for Depositions of Plaintiff, PWMK from Link Public Adjusting, & PWMK from Azure Restoration-In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859
**Importance:** High

Good morning,

Following up on our previous email to set the deposition of the Plaintiff, please see proposed dates below. We would also like to set the depositions of the PWMK of Link Public Adjusting Group and the PWMK from Azure Restoration, let me know if your office will be producing. Please give us your earliest availability for these depositions to be set and so we can subpoena he/she, if needed, as well as their last known address.

Feb 6
Feb 8
Feb 13
Feb 15
Feb 20
Feb 27
Feb 29

March 5
March 12
March 13
March 14
March 19
March 20
March 21
March 26

Regards,

**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Mencia Marotto
**Sent:** Tuesday, December 12, 2023 2:24 PM
**To:** Daniel Castro <dcastro@morganlawgroup.net>; Carolina Torres <ctorres@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Subject:** Request for Depositions of Plaintiff, PWMK from Link Public Adjusting, & PWMK from Azure Restoration- In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22

20.24842 15190.0096859
**Importance:** High

Good afternoon,

We would like to set the deposition of the Plaintiff, please see proposed dates below. We would also like to set the depositions of the PWMK of Link Public Adjusting Group and the PWMK from Azure Restoration, let me know if your office will be producing. Please give us your earliest availability for these depositions to be set and so we can subpoena he/she, if needed, as well as their last known address.

Feb 6
Feb 8
Feb 13
Feb 15
Feb 20
Feb 27
Feb 29

March 5
March 12
March 13
March 14
March 19
March 20
March 21
March 26

Regards,

**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



<u>**Click here**</u> **to see the complete list of states in which Chartwell Law is admitted to practice.**
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

EXHIBIT "C"

| | |
|---|---|
| **From:** | Carolina Torres |
| **To:** | Mencia Marotto; Daniel Castro; Krista Losey |
| **Cc:** | Yoanna Blanco |
| **Subject:** | RE: 3rd Request to Schedule Mediation-FW: Court Order Mediation before 05.20.24-FW: [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859 |
| **Date:** | Tuesday, January 23, 2024 3:33:56 PM |
| **Attachments:** | image024.png |
| | image025.png |
| | image026.png |
| | image027.png |
| | image028.png |
| | image031.png |
| | image032.png |
| | image033.png |
| | image034.png |
| | image035.png |
| | image036.png |
| | image037.png |
| | image038.png |
| | image039.png |
| | image040.png |
| | image041.png |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |

Good afternoon Mencia,

We can do 3/21 commencing at 10 am.

Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com

  

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited. If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**Note:** We will not hold dates without a notice. If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.

---

**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Tuesday, January 23, 2024 2:33 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Subject:** FW: 3rd Request to Schedule Mediation-FW: Court Order Mediation before 05.20.24-FW: [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good afternoon,

I am following up on my previous emails regarding scheduling court order Mediation with Mediator Andrew Eckhoff. Please see dates below and advise which dates is agreeable with your Client and office.

02/28 am

03/01 am
03/05 am
03/18 am
03/21 am

04/12 am
04/30 am
05/01 am
05/07 am
05/15 am

Regards,



**Mencia Marotto**
Legal Assistant
mmarotto@chartwelllaw.com

D: (786) 377-4617 ● F: (754) 212-4170

   

📍 1191 East Newport Center Drive, Suite H, Deerfield Beach, FL 33442

This email and any files transmitted with it are personal and confidential, and intended solely for the use of the individual or entity to whom it is addressed. They are also subject to the attorney work product and attorney-client privileges. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

**From:** Mencia Marotto
**Sent:** Thursday, January 18, 2024 10:48 AM
**To:** Carolina Torres <ctorres@morganlawgroup.net>
**Subject:** 2nd Request to Schedule Mediation-FW: Court Order Mediation before 05.20.24-FW: [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good morning,

I am following up on my previous email regarding scheduling court order Mediation with Mediator Andrew Eckhoff. Please see dates below and advise which dates is agreeable with your Client and office.

02/28 am

03/01 am
03/05 am
03/18 am
03/21 am

04/12 am
04/30 am
05/01 am
05/07 am
05/15 am

Regards,



**Mencia Marotto**
Legal Assistant
mmarotto@chartwelllaw.com

D: (786) 377-4617 ● F: (754) 212-4170



📍 1191 East Newport Center Drive, Suite H, Deerfield Beach, FL 33442

This email and any files transmitted with it are personal and confidential, and intended solely for the use of the individual or entity to whom it is addressed. They are also subject to the attorney work product and attorney-client privileges. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

**From:** Mencia Marotto
**Sent:** Tuesday, January 16, 2024 1:48 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Subject:** Court Order Mediation before 05.20.24-FW: [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good afternoon Carolina

Please see below Adrew Eckhoff's availability for Mediation before the court order date of May 20, 2024. And advise which of these dates is agreeable with your Client and office.

02/28 am

03/01 am
03/05 am
03/18 am
03/21 am

04/12 am
04/30 am
05/01 am
05/07 am
05/15 am

Regards,





**Mencia Marotto**
Legal Assistant
mmarotto@chartwelllaw.com
D: (786) 377-4617  •  F: (754) 212-4170
📍 1191 East Newport Center Drive, Suite H, Deerfield Beach, FL 33442

This email and any files transmitted with it are personal and confidential, and intended solely for the use of the individual or entity to whom it is addressed. They are also subject to the attorney work product and attorney-client privileges. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

**From:** Mencia Marotto
**Sent:** Wednesday, December 20, 2023 2:49 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** RE: [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

Hi Carolina,

On- line those dates seem to be available, but they are not I called the Mediator's office and Melissa from the Mediator's office confirmed that hose dates are held for other parties.

Regards,

**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Carolina Torres <ctorres@morganlawgroup.net>
**Sent:** Wednesday, December 20, 2023 1:40 PM
**To:** Mencia Marotto <mmarotto@chartwelllaw.com>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** RE: [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859

Hi Mencia,

I just looked on online and it's seems the 22nd in the am is available which was the initial date we agreed on. Do you have conflict on that day?

Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com



CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited. If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**Note:**  We will not hold dates without a notice.  If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.

**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Wednesday, December 20, 2023 12:14 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey

<klosey@morganlawgroup.net>

**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>

**Subject:** RE: [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

**Importance:** High

Hi Carolina,

Please keep in mind this is a court order mediation that must take place by February 2, 2024. Can you provide me with Mr. Castro's availability, in the event the mediator's office has another cancellation I can ask them to hold the date while I confirm the date with your office.

Regards,

**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

---

**From:** Carolina Torres <ctorres@morganlawgroup.net>
**Sent:** Wednesday, December 20, 2023 11:39 AM
**To:** Mencia Marotto <mmarotto@chartwelllaw.com>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

---

**CAUTION:** [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe].

Good morning,

Unfortunately, Mr. Castro is not available on January 24.   Please provided additional date maybe they might have another cancellation.

Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com

  

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited. If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**Note:  We will not hold dates without a notice.  If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.**

---

**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Wednesday, December 20, 2023 10:59 AM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859
**Importance:** High

Good morning,

Andrew Eckhoff's office just informed us that they have a cancellation on 01.24.24 for mediation, they can only hold the date until the EOB day today. Please advise  of your availability for 01.24.24.

Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



[**Click here**](#) **to see the complete list of states in which Chartwell Law is admitted to practice.**
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

---

**From:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Sent:** Tuesday, December 19, 2023 2:17 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Allison C. Drompp <adrompp@chartwelllaw.com>; Mencia Marotto <mmarotto@chartwelllaw.com>
**Subject:** RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859

Good afternoon,

Unfortunately the court assigned mediator is no longer available before February 2nd. Please advise if your office is agreeable to filing a joint motion to extend the mediation deadline.

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street
Suite 2150
Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



Click here to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Carolina Torres <ctorres@morganlawgroup.net>
**Sent:** Thursday, December 14, 2023 11:51 AM
**To:** Mencia Marotto <mmarotto@chartwelllaw.com>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL: 09/28/22 20.24842 15190.0096859

**CAUTION:** [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe].

Good morning,

We can do January 22.

Sincerely,



**Carolina Torres**
**Legal Assistant to Daniel Castro**

Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email : ctorres@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com



CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of The Morgan Law Group, and is intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than an intended recipient(s) is strictly prohibited.  If you are not the named recipient(s), you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**Note:**  **We will not hold dates without a notice.  If we do not receive a notice within 48 hours of confirmation of any event, we will release that date and it will be given to another matter.**

**From:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Sent:** Thursday, December 14, 2023 10:15 AM

**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good morning,

I am following up on our previous email to set mediation per the CMO. Please see proposed dates below and respond to this email to avoid court intervention.

Dec 28 ,2023-9am-12pm or 1pm – 8pm
Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm


Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Mencia Marotto
**Sent:** Tuesday, December 12, 2023 12:35 PM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Yoanna Blanco <yblanco@chartwelllaw.com>; Allison C. Drompp <adrompp@chartwelllaw.com>
**Subject:** FW: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859
**Importance:** High

Good afternoon, Ms. Torres

I am following up on Ms. Blanco's previous email to set mediation. Please be advised that per the CMO mediation must be set by January 2, 2024  and to occur by February 1, 2024. We have yet to receive a response from your office, please responds to this email to avoid court intervention.

Your prompt attention to this matte is greatly appreciated.

Dec 28 ,2023-9am-12pm or 1pm – 8pm
Jan 2, 2024-1pm-5pm

Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm

Regards,
**Mencia Marotto**
*Legal Assistant*

**Chartwell Law**
1191 East Newport Center Drive, Penthouse H
Deerfield Beach, FL 33442
Direct (786) 377-4617
Main (754) 227-7995
Fax (754) 212-4170
mmarotto@chartwelllaw.com
www.ChartwellLaw.com



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.
****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Sent:** Wednesday, December 6, 2023 7:49 AM
**To:** Carolina Torres <ctorres@morganlawgroup.net>; Daniel Castro <dcastro@morganlawgroup.net>; Krista Losey
<klosey@morganlawgroup.net>
**Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Subject:** RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL:
09/28/22 20.24842 15190.0096859

Good morning,

Thank you, **Daniel**, are you free sometime this week for a call?

**Mrs. Torres**, please let us know what date and time below works best for your office for mediation in this matter.

Dec 28 ,2023-9am-12pm or 1pm – 8pm
Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm
Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street
Suite 2150
Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com

Download vCard



Click here to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.

**From:** Daniel Castro <dcastro@morganlawgroup.net>
**Sent:** Tuesday, December 5, 2023 11:00 AM
**To:** Yoanna Blanco <yblanco@chartwelllaw.com>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>; Carolina Torres <ctorres@morganlawgroup.net>
**Subject:** [EXTERNAL] RE: In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

> **CAUTION:** [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe].

Yoanna,

Please coordinate with Mrs. Torres whom is copied above.  Thank you,



**Daniel Castro, Esq.**
**Attorney**
**Admitted to practice in Florida and Texas**
Office : (305) 569-9900
Toll Free : (888) 904-CLAIM
Email dcastro@morganlawgroup.net
55 Merrick Way, Suite 404
Coral Gables, FL 33134
www.policyadvocate.com



**CONFIDENTIALITY NOTICE:** This e-mail and any attachments contain information from the law firm of The Morgan Law Group, P.A., and are intended solely for the use of the named recipient or recipients.  This e-mail may contain privileged attorney/client communications or work product.  Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited.  If you are not the named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments.  If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**From:** Yoanna Blanco <yblanco@chartwelllaw.com>
**Sent:** Tuesday, December 5, 2023 8:43 AM
**To:** Daniel Castro <dcastro@morganlawgroup.net>; Thomas Morgan Jr.
<tmorgan@morganlawgroup.net>; Krista Losey <klosey@morganlawgroup.net>
**Cc:** Mencia Marotto <mmarotto@chartwelllaw.com>
**Subject:** In Re: Virginia Hall - Policy No.: CHFLO001119; MMA: 20.24842; Broker Ref: BA2100321ACM; DOL; 09/28/22 20.24842 15190.0096859

Good morning,

Per the CMO in this federal case we need to set mediation before January 2 to occur before February 1 with mediator Andrew Eckhoff. Please see availability below and let us know your preferred date as soon as possible so we can secure it.

Dec 21, 2023-1pm-5pm
Dec 26, 2023-9am-12pm
Dec 28 ,2023-9am-12pm or 1pm – 8pm

Jan 2, 2024-1pm-5pm
Jan 3, 2024-1pm-5pm

Jan 11, 2024- 1pm-5pm
Jan 22, 2024-9am-12pm
Jan 25, 2024-1pm-5pm

I'm relatively open this week to discuss the case and potential settlement prior to mediation, please send availability so we can set a call.

Thank you,

**Yoanna Blanco, Esquire**

**Chartwell Law**
100 SE 2nd Street
Suite 2150
Miami, FL 33131
Direct (786) 791-7423
Main (305) 372-9044
Fax (305) 372-5044
yblanco@chartwelllaw.com
www.ChartwellLaw.com
Download vCard



**Click here** to see the complete list of states in which Chartwell Law is admitted to practice.

****Email Confidentiality Note****
To ensure that all legal communications are promptly received by this firm, we kindly request that you provide us with electronic courtesy copies (to the e-mail address of the attorney of record) of all pleadings, discovery, and correspondence that you are otherwise transmitting to our office via U.S. Mail or overnight delivery. This does not constitute a waiver of the mail/facsimile-service requirements prescribed by the applicable rules of civil procedure for the state in which the case is pending or Federal Rule of Civil Procedure 5, but requested solely as a precautionary measure during this crisis. We are happy to extend to you the same courtesy. Your professionalism and anticipated cooperation are greatly appreciated.